**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
LISA TAYLOR

Debtors

**Order Filed on July 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-17724

Chapter 13

Judge: Kaplan

ORDER EXTENDING AUTOMATIC STAY BEYOND 30 DAYS

The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

**DATED: July 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  Lisa Taylor
Case No.:  20-17724   MBK
Caption:  Order Extending Automatic Stay Beyond 30 Days

    At Trenton in the said District

    This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), and

    It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to extend the automatic stay beyond 30 days, and

    It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

    It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

    Good and sufficient cause appearing of the entry of this Order,

    It is on this _____ day of _____, 2020,

    ORDERED AND ADJUDGED as follows, to wit:

1. The automatic stay shall apply to all creditors that were part of this Motion beyond 30 days of the filing of this Bankruptcy petition.