**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
LISA TAYLOR

Debtors

Order Filed on July 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-17724

Chapter 13

Judge:  Kaplan

ORDER EXTENDING AUTOMATIC STAY BEYOND 30 DAYS

The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

**DATED: July 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  Lisa Taylor
Case No.:  20-17724   MBK
Caption:  Order Extending Automatic Stay Beyond 30 Days

    At Trenton in the said District

    This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), and

    It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to extend the automatic stay beyond 30 days, and

    It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

    It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

    Good and sufficient cause appearing of the entry of this Order,

    It is on this _____ day of _____, 2020,

    ORDERED AND ADJUDGED as follows, to wit:

1. The automatic stay shall apply to all creditors that were part of this Motion beyond 30 days of the filing of this Bankruptcy petition.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                      Case No. 20-17724-MBK
Lisa M Taylor                                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jul 17, 2020
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db             +Lisa M Taylor,   390 Wheatley Avenue,   Beverly, NJ 08010-1042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    New Jersey Housing and Mortgage Finance Agency
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4