| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-17724 / MBK**

Lisa M Taylor

Petition Filed Date: 06/20/2020
341 Hearing Date: 07/16/2020
Confirmation Date: 08/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/27/2020 | $1,000.00 | 26684917604 | 07/27/2020 | $350.00 | 26684917615 | 08/11/2020 | $1,350.00 | 70053140 |
| 09/14/2020 | $1,350.00 | 70838260 | 10/13/2020 | $1,350.00 | 71550120 | 11/16/2020 | $1,350.00 | 72263660 |
| 12/09/2020 | $1,350.00 | 72952670 | 01/13/2021 | $1,350.00 | 73763310 | 02/12/2021 | $1,350.00 | 74500010 |

**Total Receipts for the Period: $10,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lisa M Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,200.00 | $4,200.00 | $0.00 |
| 1 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»»  P/390 WHEATLEY AVE/1ST MTG | Mortgage Arrears | $65,152.38 | $3,247.95 | $61,904.43 |
| 2 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY<br>»»  VIRTUA HEALTH | Unsecured Creditors | $1,498.00 | $0.00 | $1,498.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY | Unsecured Creditors | $4,000.72 | $0.00 | $4,000.72 |
| 4 | PSE&G | Unsecured Creditors | $8,324.41 | $0.00 | $8,324.41 |

**Chapter 13 Case No. 20-17724 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 2/25/2021: | | | |
| Total Receipts: | $10,800.00 | Plan Balance: | $70,200.00 ** |
| Paid to Claims: | $7,447.95 | Current Monthly Payment: | $1,350.00 |
| Paid to Trustee: | $816.75 | Arrearages: | $0.00 |
| Funds on Hand: | $2,535.30 | Total Plan Base: | $81,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**