UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Lisa M Taylor

Debtor(s)

Case No.: 20-17724 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/6/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  1/6/2022

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Lisa M Taylor<br>390 Wheatley Avenue<br>Beverly, NJ   08010 | Debtor(s) | Regular Mail |
| JOHN ZIMNIS, ESQ<br>STE 412<br>1245 WHITEHORSE MERCERVILLE RD<br>TRENTON,  NJ   08619-3831 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |