| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-17724 / MBK**

Lisa M Taylor

Petition Filed Date: 06/20/2020
341 Hearing Date: 07/16/2020
Confirmation Date: 08/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2021 | $1,350.00 | 73763310 | 02/12/2021 | $1,350.00 | 74500010 | 03/09/2021 | $1,350.00 | 75122420 |
| 04/21/2021 | $1,350.00 | 76133160 | 05/11/2021 | $1,350.00 | 76631960 | 06/14/2021 | $1,350.00 | 77421560 |
| 07/12/2021 | $1,350.00 | 78055990 | 08/23/2021 | $1,350.00 | 78967540 | 08/26/2021 | $1,350.00 | 79032840 |
| 08/26/2021 | ($1,350.00) | 78967540 | 08/31/2021 | ($1,350.00) | 79032840 | 09/13/2021 | $1,350.00 | 79440960 |
| 10/15/2021 | $1,350.00 | 80158690 | 11/12/2021 | $1,350.00 | 80738560 | 11/16/2021 | ($1,350.00) | 80738560 |
| 11/17/2021 | $1,350.00 | 80887280 | 11/22/2021 | ($1,350.00) | 80887280 | 12/06/2021 | $1,350.00 | 81292600 |
| 12/09/2021 | ($1,350.00) | 81292600 | 01/18/2022 | $1,000.00 | 27775988998 | 01/18/2022 | $350.00 | 27775993004 |

**Total Receipts for the Period:  $13,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lisa M Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,200.00 | $4,200.00 | $0.00 |
| 1 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»»  P/390 WHEATLEY AVE/1ST MTG | Mortgage Arrears | $65,152.38 | $14,555.55 | $50,596.83 |
| 2 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY<br>»»  VIRTUA HEALTH | Unsecured Creditors | $1,498.00 | $0.00 | $1,498.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY | Unsecured Creditors | $4,000.72 | $0.00 | $4,000.72 |
| 4 | PSE&G | Unsecured Creditors | $8,324.41 | $0.00 | $8,324.41 |

**Chapter 13 Case No. 20-17724 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,600.00 | Plan Balance: | $59,400.00 ** |
| Paid to Claims: | $18,755.55 | Current Monthly Payment: | $1,350.00 |
| Paid to Trustee: | $1,607.85 | Arrearages: | $5,400.00 |
| Funds on Hand: | $1,236.60 | Total Plan Base: | $81,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.