| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-17724 / MBK**

Lisa M Taylor

Petition Filed Date: 06/20/2020
341 Hearing Date: 07/16/2020
Confirmation Date: 08/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $1,000.00 | 27775988998 | 01/18/2022 | $350.00 | 27775993004 | 02/22/2022 | $1,000.00 | 27775994758 |
| 02/22/2022 | $350.00 | 27775994760 | 03/09/2022 | $1,000.00 | 27935353192 | 03/09/2022 | $1,000.00 | 27935353203 |
| 03/09/2022 | $700.00 | 27935353214 | 05/20/2022 | $1,420.00 | | 06/21/2022 | $1,420.00 | |
| 07/19/2022 | $1,420.00 | | 08/23/2022 | $1,420.00 | | 09/19/2022 | $1,420.00 | |
| 10/19/2022 | $1,420.00 | | 11/21/2022 | $1,420.00 | | 12/19/2022 | $1,420.00 | |
| 01/20/2023 | $1,420.00 | | 02/21/2023 | $1,420.00 | | | | |

**Total Receipts for the Period: $19,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $39,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lisa M Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,200.00 | $4,200.00 | $0.00 |
| 1 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»» P/390 WHEATLEY AVE/1ST MTG | Mortgage Arrears | $65,152.38 | $30,876.59 | $34,275.79 |
| 2 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY<br>»» VIRTUA HEALTH | Unsecured Creditors | $1,498.00 | $0.00 | $1,498.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY | Unsecured Creditors | $4,000.72 | $0.00 | $4,000.72 |
| 4 | PSE&G | Unsecured Creditors | $8,324.41 | $0.00 | $8,324.41 |
| 0 | John Zimnis, Esq.<br>»» ORDER 4/20/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 20-17724 / MBK**

| | SUMMARY | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $39,850.00 | Plan Balance: | $41,150.00 ** |
| Paid to Claims: | $35,476.59 | Current Monthly Payment: | $1,462.00 |
| Paid to Trustee: | $3,055.65 | Arrearages: | $1,714.00 |
| Funds on Hand: | $1,317.76 | Total Plan Base: | $81,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**