**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency

In Re:

Lisa M. Taylor,

Debtor.

Case No.:         20-17724-MBK

Chapter:                  13

Hearing Date:      02/14/2024

Judge:                 Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled        ☐  Withdrawn

Matter:  Motion for Relief from Stay re: 390 Wheatley Avenue (Docket # 39)

_____

Date: 02/07/2024                                        /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*