|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | : <br> : <br> : |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | : <br> : |
| Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 | : <br> : <br> : <br> : <br> : <br> : |
| In re: <br> LISA TAYLOR <br><br><br> Debtors | : <br> : <br> : <br> : <br> : Case No.: 20-17724 <br> : <br> : Chapter 13 <br> : <br> : |

**Order Filed on December 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: December 4, 2024**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(page 2)**
Debtor: Lisa Taylor
Case No.: 20-17724
Caption: Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

\_\_\_x\_\_   through the Chapter 13 Plan as an administrative priority from
            funds on hand
\_\_\_\_\_    outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will pay $2,163 per month for the remaining 7 months to allow for payment of aforesaid fee.