Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−17724−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lisa M Taylor
    390 Wheatley Avenue
    Beverly, NJ 08010

Social Security No.:
    xxx−xx−3817

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/9/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 9, 2024
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-17724-MEH

Lisa M Taylor                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                              Page 1 of 2

Date Rcvd: Dec 09, 2024                       Form ID: 148                          Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M Taylor, 390 Wheatley Avenue, Beverly, NJ 08010-1042 |
| 518871554 | + | ARS Account Resolution, Re: Emerg Phys of S Jersey, 1801 NW 66th Ave, Ste 200C, Fort Lauderdale, FL 33313-4508 |
| 518871559 | + | Emergency Physicians of S. Jersey, PO BOX 1109, Minneapolis, MN 55440-1109 |
| 518871562 | + | Kivitz McKeever Lee, 701 Market Street, Suite 5000, Re: Cenlar, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2024 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2024 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518871555 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 09 2024 20:40:00 | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 518906877 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 09 2024 20:40:00 | Cenlar FSB, Attn: BK Dept, 425 Phillips Blvd., Ewing, NJ 08618 |
| 518871556 | + | EDI: COMCASTCBLCENT | Dec 10 2024 01:27:00 | Comcast, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 518871557 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2024 21:04:59 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518871558 | ^ | MEBN | Dec 09 2024 20:40:56 | Eastern Account System, Re: Comcast, 75 Glen Rd, Ste 110, Sandy Hook, CT 06482-1175 |
| 518915821 | | Email/Text: BNCnotices@dcmservices.com | Dec 09 2024 20:41:00 | Emergency Physician Associates of South Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518871561 | ^ | MEBN | Dec 09 2024 20:41:03 | Financial Recoveries, Re: Lourdes Medical Center, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518871560 | ^ | MEBN | Dec 09 2024 20:41:03 | Financial Recoveries, Re: Kennedy Health, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518871563 | + | Email/Text: tbussell@njlpscu.org | Dec 09 2024 20:41:00 | NJ Law & Public Safety Credit Union, PO Box 550, Trenton, NJ 08604-0550 |
| 518934980 | | EDI: PRA.COM | Dec 10 2024 01:27:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518871565 | + | Email/Text: bankruptcy@pseg.com | Dec 09 2024 20:40:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 69 185 644 04, Cranford, NJ 07016-0490 |
| 518937370 | ^ | MEBN | Dec 09 2024 20:41:53 | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518871564 | + | Email/Text: ecfbankruptcy@progleasing.com | | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 09, 2024 | Form ID: 148 | Total Noticed: 20

| | Dec 09 2024 20:41:00 | Progressive, 11629 South 700 East, Suite 250, Draper, UT 84020-8376 |
|---|---|---|
| 518871872 ^ MEBN | Dec 09 2024 20:42:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4