Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−17724−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Lisa M Taylor
 390 Wheatley Avenue
 Beverly, NJ 08010

Social Security No.:
 xxx−xx−3817

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 12/9/24 has been vacated effective 12/10/24.


Dated: December 10, 2024
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 20-17724-MEH
Lisa M Taylor     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Dec 10, 2024     Form ID: 149     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M Taylor, 390 Wheatley Avenue, Beverly, NJ 08010-1042 |
| 518871554 | + | ARS Account Resolution, Re: Emerg Phys of S Jersey, 1801 NW 66th Ave, Ste 200C, Fort Lauderdale, FL 33313-4508 |
| 518871559 | + | Emergency Physicians of S. Jersey, PO BOX 1109, Minneapolis, MN 55440-1109 |
| 518871562 | + | Kivitz McKeever Lee, 701 Market Street, Suite 5000, Re: Cenlar, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518871555 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 10 2024 20:32:00 | Cenlar, 425 Phillips Blvd., Trenton, NJ 08618 |
| 518906877 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 10 2024 20:32:00 | Cenlar FSB, Attn: BK Dept, 425 Phillips Blvd., Ewing, NJ 08618 |
| 518871556 | + | Email/Text: documentfiling@lciinc.com | Dec 10 2024 20:31:00 | Comcast, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 518871557 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2024 20:57:19 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518871558 | ^ | MEBN | Dec 10 2024 20:28:37 | Eastern Account System, Re: Comcast, 75 Glen Rd, Ste 110, Sandy Hook, CT 06482-1175 |
| 518915821 | | Email/Text: BNCnotices@dcmservices.com | Dec 10 2024 20:32:00 | Emergency Physician Associates of South Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518871561 | ^ | MEBN | Dec 10 2024 20:31:49 | Financial Recoveries, Re: Lourdes Medical Center, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518871560 | ^ | MEBN | Dec 10 2024 20:31:49 | Financial Recoveries, Re: Kennedy Health, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518871563 | + | Email/Text: tbussell@njlpscu.org | Dec 10 2024 20:32:00 | NJ Law & Public Safety Credit Union, PO Box 550, Trenton, NJ 08604-0550 |
| 518934980 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2024 20:57:53 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518871565 | + | Email/Text: bankruptcy@pseg.com | Dec 10 2024 20:31:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 69 185 644 04, Cranford, NJ 07016-0490 |
| 518937370 | ^ | MEBN | Dec 10 2024 20:32:24 | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518871564 | + | Email/Text: ecfbankruptcy@progleasing.com | | |

Case 20-17724-MEH    Doc 67    Filed 12/12/24    Entered 12/13/24 00:16:17    Desc Imaged
Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 10, 2024 | Form ID: 149 | Total Noticed: 20 |

| | | |
|---|---|---|
| | Dec 10 2024 20:32:00 | Progressive, 11629 South 700 East, Suite 250, Draper, UT 84020-8376 |
| 518871872         ^  MEBN | Dec 10 2024 20:31:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4