UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency

In Re:

Lisa M. Taylor,

Debtor.

Case No.:       20-17724-MEH

Chapter:              13

Hearing Date:     01/22/2025

Judge:              Hall

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 55)

_____

Date: 01/21/2025                               /s/ Denise Carlon
                                                Signature

*rev.8/1/15*