| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 20-17724 / MEH

Lisa M Taylor

Petition Filed Date: 06/20/2020
341 Hearing Date: 07/16/2020
Confirmation Date: 08/18/2020

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2024 | $1,420.00 | | 02/20/2024 | $1,420.00 | | 03/19/2024 | $1,420.00 | |
| 04/19/2024 | $1,420.00 | | 05/20/2024 | $1,420.00 | | 08/05/2024 | $500.00 | 29427412432 |
| 08/05/2024 | $500.00 | 29427412443 | 08/05/2024 | $420.00 | 29427412454 | 10/04/2024 | $1,000.00 | 29427420690 |
| 10/04/2024 | $450.00 | 29427420701 | 10/23/2024 | $1,000.00 | 29620300656 | 10/23/2024 | $450.00 | 29620300667 |
| 12/02/2024 | $450.00 | 29620302772 | 12/02/2024 | $1,000.00 | 29620302761 | 12/26/2024 | $2,137.00 | |

**Total Receipts for the Period: $15,007.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $69,057.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lisa M Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,200.00 | $4,200.00 | $0.00 |
| 1 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»» P/390 WHEATLEY AVE/1ST MTG | Mortgage Arrears | $65,152.38 | $55,931.06 | $9,221.32 |
| 2 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY<br>»» VIRTUA HEALTH | Unsecured Creditors | $1,498.00 | $0.00 | $1,498.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY | Unsecured Creditors | $4,000.72 | $0.00 | $4,000.72 |
| 4 | PSE&G | Unsecured Creditors | $8,324.41 | $0.00 | $8,324.41 |
| 0 | John Zimnis, Esq.<br>»» ORDER 4/20/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 5 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»» 390 WHEATLEY AVE/ATTY FEES 2/15/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ORDER 2/22/24 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ORDER 12/4/24 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 20-17724 / MEH**

| SUMMARY | | |
|---|---|---|
| | | |

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,057.00 | Plan Balance: | $11,943.00 ** |
| Paid to Claims: | $61,880.06 | Current Monthly Payment: | $2,163.00 |
| Paid to Trustee: | $5,221.58 | Arrearages: | $2,189.00 |
| Funds on Hand: | $1,955.36 | Total Plan Base: | $81,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**