| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton,  NJ    08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Lisa M Taylor<br><br><br><br>Debtor(s) | Case No.: 20-17724 / MEH<br><br>Judge: Mark Edward Hall<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 3/27/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  3/27/2025                                                                        /s/  Kierstyn Buchanan

                                                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Lisa M Taylor<br>390 Wheatley Avenue<br>Beverly, NJ  08010 | Debtor(s) | Regular Mail |
| John Zimnis, Esq.<br>1245 Whitehorse-Mercerville Rd.<br>Suite 412<br>Trenton, NJ  08619-3831 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |